KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
TUAN DAO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-0222-TLN |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| TUAN DAO, | |
| Defendant. | |

    It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, defendant TUAN DAO, by and through his attorney, KENNY N. GIFFARD, and PAUL MAMARIL, United States Probation Officer, that the Judgment and Sentencing set for Thursday, March 6, 2014, be continued to Judgment and Sentencing on Thursday, May 1, 2014, at 9:30 a.m.

    This continuance is being requested because the case of which Mr. Dao was a part involved numerous co-defendants and was complex in its scope.  Further, it had multiple defendants entering pleas who are currently set for judgment and sentencing, and as such, will require additional time of the assigned probation officer to prepare the Pre-Sentence Reports.

The parties also agree and stipulate that the due to the changed judgment and sentencing date, the following schedule for disclosure of the Pre-Sentence Report and for filing of objections to the Pre-Sentence Report shall apply:

1) Pre-Sentence Report Draft due:  March 20, 2014
2) Counsel's written objections due:  April 3, 2014
3) Final Pre-Sentence Report due:  April 10, 2014
4) Motion for corrections of Pre-Sentence Report:  April 17, 2014
5) Reply or Statement of Non-opposition:  April 24, 2014

Dated: February 24, 2014

Respectfully submitted,


/s/ Kenny N. Giffard

KENNY N. GIFFARD
Attorney for Defendant
TUAN DAO


/s/ Kenny N. Giffard for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney


/s/ Kenny N. Giffard for
_____
PAUL MAMARIL
U.S. Probation Officer.


## ORDER

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Judgment and Sentencing is set for May 1, 2014, at 9:30 a.m., and the parties shall

adhere to the schedule for disclosure of the Pre-Sentence Report and for filing of objections to the Pre-Sentence Report as agreed-to and stipulated-to herein.

Dated: February 25, 2014

_____
Troy L. Nunley
United States District Judge