

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

UNITED STATES OF AMERICA,
v.
Tuan Dao

Docket No. 2:09-CR-00222 TLN
Federal Charges: 21:841(a)(1) – Possession with Intent to Distribute MDMA

**COMES NOW,** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Tuan Dao, who was placed on bond by Your Honor sitting in the Court at Sacramento, California, on May 8, 2009, who imposed the following RELEVANT conditions of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1) You shall not commit any offense in violation of federal, state or local law while on release in this case; and 2) You shall report any contact with law enforcement to your Pretrial Services officer within 24 hours.

**ALLEGED VIOLATION CONDUCT:** On December 20, 2013, the defendant was arrested by the Yolo County Sheriff's Department for Conspiracy to Commit Crime and Take Wildlife: Commercial Purposes. Mr. Dao was released on a $20,000 bail in this matter and has had two court appearances thus far. His next court appearance in this matter is scheduled for April 2, 2014. Mr. Dao did not report this arrest to Pretrial Services. The arrest was discovered through a routine 90 day record check performed by Pretrial Services. Pretrial Services has obtained a copy of the police report and the criminal complaint.

**PRAYING THAT THE COURT WILL ORDER** a violation hearing on Tuesday, March 18, 2014, at 2:00 p.m. All parties have been notified of this date/time.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Taifa M. Gaskins
Dated: March 14, 2014                U.S. Pretrial Services Officer

**ORDER**

☐   The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐   The Court hereby orders this ex parte motion and order be sealed.
☐   The Court orders a summons be issued with an appearance date of         .
☒   The Court hereby orders this matter placed on this court's calendar on March 18, 2014, at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐   The Court orders no action be taken.
☐   Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: March 14, 2014                UNITED STATES ~~DISTRICT~~ JUDGE
                                                        MAGISTRATE