KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
TUAN DAO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-0222-TLN |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| TUAN DAO, | |
| Defendant. | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney and defendant TUAN DAO, by and through his attorney, KENNY N. GIFFARD, that the Judgment and Sentencing set for Thursday, October 23, 2014, be continued to Judgment and Sentencing on Thursday, December 18, 2014, at 9:30 a.m.

This continuance is being requested because the Assistant United States Attorney just completed three back-to-back trials following a military deployment. Because of that, there was inadequate time in which to confer with defense counsel and probation and remedy discrepancies found in the Pre-Sentence Report.

Those issues found in the Pre-Sentence Report prepared in Mr. Dao's

portion of this case contained factual allegations which were not contemplated by the parties when the PLEA AGREEMENT was made at the December 12, 2013, hearing on Mr. Dao's change of plea. Because of those discrepancies, portions of the Pre-Sentence Report were objected-to by this defendant.

The factual discrepancies substantially affect the "Offense Level" and potential sentence to be served by Mr. Dao in this case. The time requested will allow both the United States Attorney and defense counsel time to resolve those disputed facts so that the matter may proceed for sentencing.

Dated: October 20, 2014

Respectfully submitted,

/s/ Kenny N. Giffard
KENNY N. GIFFARD
Attorney for Defendant
TUAN DAO

/s/ Kenny N. Giffard for
HEIKO P. COPPOLA
Assistant U.S. Attorney

## ORDER

Based upon the stipulation of the parties and good cause there appearing, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Judgment and Sentencing is set for December 18, 2014, at 9:30 a.m.

Dated: October 22, 2014

Troy L. Nunley
United States District Judge