KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
TUAN DAO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:09-cr-0222-TLN** |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| TUAN DAO, | |
| Defendant. | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney and defendant TUAN DAO, by and through his attorney, KENNY N. GIFFARD, that the Judgment and Sentencing set for Thursday, December 18, 2014, be continued to Judgment and Sentencing on Thursday, March 26, 2015, at 9:30 a.m.

This continuance is being requested because the defendant was recently diagnosed with serious heart and liver problems necessitating him to consult with and be treated by medical specialists. The time requested will allow these evaluations and treatment to occur before defendant is sentenced and incarcerated.

Additionally, the defendant, through counsel, has conferred with both the

Assistant United States Attorney and assigned Probation Officer to remedy discrepancies found in the Pre-Sentence Report.  Those issues in the Pre-Sentence Report prepared in Mr. Dao's portion of this case contained factual allegations which were not contemplated by the parties when the PLEA AGREEMENT was made.  Because of those discrepancies, portions of the Pre-Sentence Report were objected-to by this defendant and substantially affect the "Offense Level" and potential sentence to be served by Mr. Dao in this case.  Further, the Report will be modified to apply the new sentencing guidelines approved by the U. S. Sentencing Commission.

The time requested will allow Mr. Dao to substantially resolve his medical issues and will also allow the United States Attorney, the Probation Officer, and defense counsel time to resolve the disputed facts so that the matter may proceed for sentencing.

Dated: December 15, 2014

Respectfully submitted,

/s/ Kenny N. Giffard

KENNY N. GIFFARD
Attorney for Defendant
TUAN DAO

/s/ Kenny N. Giffard for

HEIKO P. COPPOLA
Assistant U.S. Attorney

## ORDER

Based upon the stipulation of the parties and good cause there appearing, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Judgment and Sentencing is set for March 26, 2015, at 9:30 a.m.

Dated: December 16, 2014

Troy L. Nunley
United States District Judge